**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDRES GARCIA GARCIA,** | : | **CIVIL ACTION** |
| ***Petitioner*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **J. L. JAMISON, Warden of** | : | |
| **Philadelphia Federal Detention Center, *et al.*,** | : | |
| ***Respondents*.** | : | **NO. 26-5260** |

**ORDER**

**AND NOW**, this **10th** day of **September 2026**, after review of the docket, upon consideration of the Parties' Joint Status Letter dated August 10, 2026 (ECF No. 7), and having received nothing further from either Party, it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** the above-captioned matter. Any restrictions previously imposed on Petitioner's location by this Court are now lifted.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**